```
1  DAX CRAVEN (248583)
   THE LAW OFFICES OF DAX CRAVEN
2  548 Market Street, #68695
   San Francisco, CA 94104
3  Tel: (925) 577-7762
   Fax: (866) 585-0295
4  daxcraven@gmail.com

5
   Attorney for Plaintiff
6  DENNIS NAHAT
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS NAHAT, an individual, | Case No. C 13-02896 SBA |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** |
| v. | Motion filed: 7/1/2013 |
| BALLET SAN JOSE, INC., a corporation; and DOES 1 through 10, inclusive, | Current response date: 7/15/2013<br>New response date: 7/29/2013<br>New reply date: 08/05/2013 |
| Defendants. | |

## STIPULATION

WHEREAS, on July 1, 2013 Defendant Ballet San Jose Silicon Valley, Inc. filed a Motion to Dismiss Plaintiff's First Amended Complaint. Motion Hearing is set for September 10, 2013 at 1:00PM in Courtroom 1, 4th Floor, Oakland before Hon. Saundra Brown Armstrong.

WHEREAS, Plaintiff Dennis Nahat was served on July 1, 2013, and his response is currently due on July 15, 2013;

WHEREAS, Defendant Ballet San Jose Silicon Valley, Inc.'s reply is due by July 22, 2013;

WHEREAS, the reason for the requested enlargement of time to respond is so that Plaintiff may consult with and obtain co-counsel in this matter;

WHEREAS, there have been no prior extensions of time in this matter; and

WHEREAS, the requested time modification will not have an effect on the schedule of the case as the Motion hearing is set for September 10, 2013.

Pursuant to Civil Local Rule 6-2, the parties hereby stipulate that Plaintiff shall respond to this Motion on July 29, 2013 and any replies shall be due on August 5, 2013.

IT IS SO STIPULATED.

DATED: July 12, 2013

**THE LAW OFFICES OF DAX CRAVEN**

By _____
DAX CRAVEN

Attorney for Plaintiff
DENNIS NAHAT

DATED: July 12, 2013

**COOPER, WHITE & COOPER LLP**

By _____
SCOTT MCLEOD

Attorney for Defendant
BALLET SAN JOSE, INC.

## ORDER

Having reviewed the stipulation submitted by the parties, and good cause appearing, the Court hereby orders the following:

- Plaintiff is granted an extension of time to file his response to Defendant's Motion to Dismiss.
- The deadline to file Plaintiff's response to Defendant's Motion to Dismiss is 7/29/2013 and any replies are due on 8/5/2013.

**IT IS SO ORDERED.**

DATED: 7/15/13

Judge Saundra Brown Armstrong
**UNITED STATED DISTRICT JUDGE**