UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENNIS NAHAT, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BALLET SAN JOSE, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No: C 13-2896 SBA<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO DETERMINE REMAND FIRST PRIOR TO HEARING DEFENDANT'S MOTION TO DISMISS**<br><br>Docket 19 |

　　　This matter is now before the Court on Plaintiff's Administrative Motion to Determine Remand First Prior to Hearing Defendant's Motion to Dismiss. Dkt. 19. Defendants have not filed an opposition to the motion and the deadline for doing so has now passed. Civ. L.R. 7-11(b). In addition, the Court finds good cause to support Plaintiff's request. Accordingly,

　　　IT IS HEREBY ORDERED THAT:

　　　1.　　Plaintiff's administrative motion is GRANTED. Defendants' motion to dismiss (Dkt. 10) shall be held in ABEYANCE pending the Court's resolution of Plaintiff's motion to remand his state law causes of action. The parties are advised to check the Court's website to determine whether an appearance is required in connection with Plaintiff's motion.

　　　2.　　The telephonic Case Management Conference currently scheduled for September 25, 2013 is CONTINUED to November 20, 2013 at 2:30 p.m. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders. Plaintiff's counsel shall be

responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 637-3559 with all parties on the line. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

     3.     This Order terminates Docket 19.

IT IS SO ORDERED.

Dated: September 17, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge