UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENNIS NAHAT,<br><br>      Plaintiff,<br><br>  vs.<br><br>BALLET SAN JOSE, INC., a corporation, and DOES ONE through TWENTY,<br><br>      Defendants. | Case No: C 13-2896 SBA<br><br>**ORDER REMANDING ACTION** |

    Pursuant to the Stipulation for Dismissal of Copyright Claim and for Remand of Remaining State Law Cause of Action (Dkt. 44),

    IT IS HEREBY ORDERED THAT Plaintiff's claim for copyright infringement is deemed dismissed and the action, which is comprised of Plaintiff's eleventh cause of action for Specific Recovery of Personal Property and Conversion, is REMANDED to the Santa Clara County Superior Court.

    IT IS SO ORDERED.

Dated: May 7, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge